**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HERMAN L. KELLEY** **PLAINTIFF**

**v.** **CASE NO. 4:26-cv-00133-BSM**

**UNITED STATES OF AMERICA, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of August, 2026.

UNITED STATES DISTRICT JUDGE